UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. MEZA,

          Plaintiff(s),

  v.

SOLANO COUNTY CUSTODY DIVISION, et al.,

          Defendant(s).

NO. C08-1004MJP

ORDER TO SHOW CAUSE

On April 14, 2009, this Court entered an order requiring Plaintiff to do two things before his case could proceed: (1) re-apply to proceed *in forma pauperis* under the general provisions of 28 U.S.C. § 1915(a) and (2) re-file his § 1983 complaint in conformity with the requirements of federal procedural law. Dkt. No. 13. Plaintiff was given 30 days to accomplish this.

Plaintiff did in fact file an Amended Complaint on May 11, 2009. Dkt. No. 14. However, he has failed to file a general IFP application or pay the filing fee for his complaint within the time ordered by this Court. Therefore,

IT IS ORDERED that Plaintiff must show cause in writing why this matter should not be dismissed for failure to pay a filing fee or re-submit an IFP application; said writing must be filed no later than 14 days from the entry of this order.

SO ORDERED this 24th day of June, 2009.

                                                    Marsha J. Pechman
                                                    U.S. District Judge

**ORDER TO SHOW CAUSE - 1**