UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. MEZA,

           Plaintiff(s),

  v.

SOLANO COUNTY CUSTODY DIVISION, et al.,

           Defendant(s).

NO. C08-1004MJP

ORDER GRANTING IFP STATUS TO PLAINTIFF

In response to this Court's Order to Show Cause (Dkt. No. 15) of June 24, 2009, Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

SO ORDERED this 24th day of July, 2009.

*[signature]*

Marsha J. Pechman
U.S. District Judge

**ORDER TO SHOW CAUSE - 1**