IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. MEZA,

        Plaintiff,             No. 2:08-cv-01004-MJP

   vs.                        ORDER AUTHORIZING SERVICE

SOLANO COUNTY CUSTODY

DIVISION/MEDICAL, et al.,

        Defendants.

_____/

        Plaintiff is a pro se party who seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has requested and been granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Dkt. No. 18.  Pursuant to an order of this Court, Plaintiff has filed an amended complaint.  Dkt. No. 14.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Service is appropriate for the following defendants:

1

      A.     Solano County Sheriff Gary R. Stanton

      B.     Thomas Norris, Chief of Medical, Solano County Jail

      C.     Dr. Kadebart Ravinder

2.  The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 11, 2009 (Dkt. No. 14).

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a.  The completed Notice of Submission of Documents;

      b.  One completed summons;

      c.  One completed USM-285 form for each defendant listed in No. 1 above; and

      d.  Four (4) copies of the endorsed complaint filed May 11, 2009 (Dkt. No. 14).

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:   October 1, 2009

/s/ Marsha J. Pechman

Marsha J. Pechman
U.S. District Judge

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11            Plaintiff,                    No. 2:#cv-

12     vs.

13                                          NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15 _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18            _____        completed summons form

19            _____        completed USM-285 forms

20            _____        copies of the _____
                                         Complaint/Amended Complaint

21 DATED:

22

23                                         _____
                                           Plaintiff
24

25

26