1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK A. MEZA,

12              Plaintiff,                  No. 08-cv-1004 MJP (PC)

13        vs.

14   SOLANO COUNTRY CUSTODY
     DIVISION, et al.,
15              Defendants.                 BRIEFING SCHEDULE: MOTION TO AMEND

16   _____/

17        The Court is in receipt of Plaintiff's letter of October 18, 2010.  Dkt. No. 31.   The subject

18   of the letter is Plaintiff's request for permission to amend his complaint to add two additional

19   defendants, the City of Fairfield and Solano County.

20        The Court will treat Plaintiff's letter as a motion to amend pursuant to FRCP 15(a)(2).

21   As Plaintiff did not obtain the written consent of the current defendants, the Court will permit

22   responsive briefing from both sides on the issue of whether the motion to amend should be

23   granted.  The briefing will proceed on the following schedule:

24        Defendants' Response              **November 2, 2010**

25        Plaintiff's Reply                 **November 9, 2010**

26   Neither sides' briefing shall exceed 6 pages.

1

1    The parties are reminded that November 5, 2010 is the deadline for all pretrial motions

2    except motions to compel.

3

4    The Clerk of the Court is directed to provide copies of this order to Plaintiff and all

5    counsel.

6    DATED: October 26, 2010

7

8    _____

9    Marsha J. Pechman
     U.S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26