IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. MEZA,

        Plaintiff,                   No. C08-1004MJP

        vs.                          ORDER ON EX PARTE REQUEST

SOLANO COUNTRY CUSTODY DIVISION, et al.,

        Defendants.

_____/

      The Court is in receipt of Defendants Stanton and Norris' Ex Part Request to Extend the Dispositive Motion Deadline (Dkt. No. 33). Plaintiff has moved to amend his complaint 18 days before the dispositive motions deadline currently in effect and these Defendants are requesting that the dispositive motions deadline be extended to 30 days following the date that an order on Plaintiff's motion to amend is entered.

      IT IS ORDERED that Defendants' ex parte request is DENIED.

      If Plaintiff is permitted to amend his complaint, the Court will consider requests to reopen the dispositive motions filing period, but sees no reason at this point to alter the existing schedule.

      The Clerk of the Court is directed to provide copies of this order to Plaintiff and all counsel.

DATED: October 29, 2010

                                                  Marsha J. Pechman
                                                  U.S. District Judge